In the Matter of the Estate of GARY M. PHILLIPS, Deceased. KELLY E. HEBERLEIN, as Executor of GARY M. PHILLIPS, Deceased, Respondent; CHERIL M. EBERTH et al., Respondents; LORRIE MACDIARMID, Appellant.

Submitted March 18, 2013; decided April 30, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ALICE PUTNEY et al., Appellants, v THE PEOPLE OF THE STATE OF NEW YORK, Acting By and Through the POWER AUTHORITY OF THE STATE OF NEW YORK, et al., Respondents.

Submitted February 25, 2013; decided April 30, 2013

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from Supreme Court's order denying reargument, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

SCOTT VV., Respondent, v JOY VV., Appellant.

Submitted March 4, 2013; decided April 30, 2013

Motion for leave to appeal denied. Motion for poor person relief and a stay dismissed as academic.